108 F.3d 1374
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Carl O'Neil HAMRICK, a/k/a C. O'Neil Hamrick, Defendant-Appellant,
and
CLEVELAND FEDERAL BANK; W.H. Hudson Company, Incorporated,
Defendants.
 No. 96-2314.
 United States Court of Appeals, Fourth Circuit.
 Submitted March 13, 1997.
Decided March 18, 1997.
 
 Carl O'Neil Hamrick, Appellant Pro Se.
 James D. McCoy, III, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.
 Before HALL, ERVIN, and WILKINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's order granting a judgment of foreclosure against him. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Hamrick, No. CA-95-2419-7-3AK (D.S.C. July 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED